**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

Case No: 1:22-cv-22394

| | |
|---|---|
| ABDIEL MUNOZ MESA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WORLD OMNI FINANCIAL CORP | ) |
| d/b/a SOUTHEAST TOYOTA FINANCE, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff, Abdiel Munoz, through undersigned counsel, hereby notifies the Court that a settlement has been reached. Plaintiff anticipates filing a stipulation for dismissal with prejudice within (30) days asks the Court to retain jurisdiction for that time.

Dated: August 25, 2022        Respectfully submitted,

*/s/ Darren R. Newhart*
Darren R. Newhart, Esq.
FL Bar No: 0115546
E-mail: darren@newhartlegal.com
NEWHART LEGAL, P.A.
14611 Southern Blvd. Suite 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile:  (561) 473-2946

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on August 25, 2022 via the Clerk of Court's CM/ECF system.  I further certify that the foregoing has been sent via electronic transmission to all counsel on the service list below.

*/s/ Darren R. Newhart*
Darren R. Newhart, Esq.

**SERVICE LIST**

All counsel of record.